AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JONPAUL MARCEL NADEAU**<br><br>*Plaintiff(s)*<br><br>v.<br><br>**MIAMI PRO BROKERS, LLC and IVY SANMIGUEL**<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-20971-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Ivy Sanmiguel
680 NE 64th Street
Apt. A 203,
Miami, Florida, 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts      rk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **JONPAUL MARCEL NADEAU** | ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No. 1:24-cv-20971-JEM |
| **MIAMI PRO BROKERS, LLC and IVY SANMIGUEL** | ) ) ) ) |
| *Defendant(s)* | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Miami Pro Brokers, LLC
Please Serve Registered Agent:
Fabian Gonzalez
20200 N. Dixie Hwy, Ste 606
Aventura, Florida 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts